IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENSKE LOGISTICS LLC AND | : | |
| PENSKE TRUCK LEASING CO., | : | |
| L.P., | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v | : | NO. 08-2051 |
| | : | |
| FREIGHT DRIVERS AND | : | |
| HELPERS LOCAL UNION | : | |
| NO. 557, et al., | : | |
|     Defendants | : | |

**O R D E R**

AND NOW, this 14th day of May, 2009, upon consideration of plaintiffs' motion for summary judgment, (Document #19) and defendants' response thereto, and after a Rule 16 conference with counsel for all parties on January 16, 2009, it is hereby **ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that this case is **STAYED** pending arbitration; the Clerk of Courts is directed to place this case in suspense.

                                              BY THE COURT:


                                              /s/ Lawrence F. Stengel
                                          LAWRENCE F. STENGEL, J.